**COMPLAINT/REMOVAL DISMISSAL**
**United States District Court**
**Southern District of New York**

Mag. Judge Dkt. No. __15-mag-0824__  Date __3/10/20__

USAO No. __2015R00387__

The Government respectfully requests the Court to dismiss without prejudice the __X__ Complaint ____ Removal Proceedings in

United States v. __Juan Antonio Bocio__

The Complaint/~~Rule 40 Affidavit~~ was filed on __3/16/15__

__✓__ U.S. Marshals please withdraw warrant.

_[signature]_
ASSISTANT UNITED STATES ATTORNEY

__Rebekah Donaleski__
(Print name)

**SO ORDERED:**

_[signature]_
UNITED STATES MAGISTRATE JUDGE

DATE __10 March 2020__

---

Distribution:   White → Court        Yellow → U.S. Marshals        Green → Pretrial Services        Pink → AUSA Copy